UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED 17 APR 20 PM 2:36
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>Edgar Gonzalo Bravo,<br><br>　　　　　　　　　　Defendant. | Case No. 16-cr-00381-BEN<br><br>JUDGMENT AND ORDER OF DISMISSAL OF INDICTMENT, AND EXONERATE BOND |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS SO ORDERED that the indictment in the above-entitled case be dismissed with prejudice, and the bond be exonerated.

Dated: 4/20/17

_____
Hon. Jill L. Burkhardt
United States Magistrate Judge